Magistrate Judge Theiler

09-MJ-00595-CMP

___FILED ___ENTERED
___LODGED ___RECEIVED

DEC 1 1 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

AUSA W. Redkey

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLTON HARRIS-MOORE,

    Defendant.

NO. MJ09-595

COMPLAINT for VIOLATION

U.S.C. Title 18, Section 2312

BEFORE The Honorable Mary Alice Theiler, United States Magistrate Judge, Seattle, Washington.

The undersigned Complainant, being duly sworn, states:

### COUNT ONE
(Interstate Transportation of Stolen Property)

Between on or about September 29, 2009, and October 1, 2009, within the Western District of Washington, COLTON HARRIS-MOORE did unlawfully transport a stolen aircraft, that is, one 2005 Cessna T182T, bearing tail number N2183P and serial number T18208470, from the State of Idaho to the State of Washington, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

And the Complainant states that this Complaint is based on the following information:

I, LINWOOD E. SMITH III, being first duly sworn on oath, depose and say:

COMPLAINT/HARRIS-MOORE - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) currently assigned to the Bellingham, Washington, Resident Agency of the Seattle, Washington, Field Office. I have been a Special Agent of the FBI for over ten years and am an investigative and law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). My duties as a Special Agent include the full-time investigation of a wide range of federal offenses, including investigations relating to the interstate transportation of stolen motor vehicles.

## INVESTIGATIVE AUTHORITY

2. As a Special Agent of the FBI, I am authorized to investigate crimes involving the interstate transportation of stolen motor vehicles, including aircraft, pursuant to Title 18, United States Code, Section 2312, and other federal laws.

3. The statements contained in this affidavit are based, in part, on facts and circumstances relating to my investigation of COLTON HARRIS-MOORE, my experiences as a Special Agents of the FBI, and information provided to me by other individuals named herein. However, because this affidavit is submitted for the limited purpose of setting forth facts to establish probable cause that COLTON HARRIS-MOORE is responsible for the theft of at least one aircraft, which he then transported in interstate commerce from Idaho to Washington, I have not included each and every fact known that relates to my investigation of COLTON HARRIS-MOORE.

4. During this investigation, I have relied upon information obtained by various individuals employed by other law enforcement agencies in the state of Washington, statements taken from victims and witnesses, and information obtained from current and former associates of COLTON HARRIS-MOORE. Much of this information has been verified through law enforcement surveillance, physical evidence, and public records.

## RELEVANT FACTS AND CIRCUMSTANCES

5. At an unknown time on or about April 22, 2008, COLTON HARRIS-MOORE, then a juvenile, escaped from a Renton, Washington, group home, where he

1 was ordered to stay after pleading guilty to, and being convicted of, three felony charges in Island County, Washington. HARRIS-MOORE had previously been serving his sentence in a more secure correctional facility.

6. As a result of this escape, on March 12, 2009, the Island County Sheriff's Office obtained a felony warrant for the arrest of HARRIS-MOORE, still a juvenile, charging him as an adult with "Flight to Avoid Prosecution."

7. On October 2, 2009, the San Juan County Sheriff's Office obtained a separate felony warrant HARRIS-MOORE's arrest, charging him with "Forced Entry Burglary / Burglary 2nd Degree."

8. Since HARRIS-MOORE's escape from the group home in 2008, approximately 65 investigations have been initiated into crimes which have him listed as the primary suspect. These include residential and commercial burglaries, vehicle prowls, vehicle thefts, assaults on law enforcement officials and, of most import to this warrant, aircraft thefts.

9. The aforementioned investigations in which HARRIS-MOORE is considered a suspect involve crimes committed in multiple jurisdictions, including Island County, Washington; San Juan County, Washington; Whatcom County, Washington; Snohomish County, Washington; Yakima Tribal Land in Washington; Boundary County, Idaho; and several locations in British Columbia, Canada.

10. While still a juvenile, and before his escape from the group home in 2008, HARRIS-MOORE developed a reputation for committing crimes while barefoot.

11. From September 12, 2009, to September 29, 2009, a string of burglaries and vehicle thefts believed to have been committed by HARRIS-MOORE occurred. These crimes culminated with the theft of a Cessna airplane from Bonner's Ferry, Idaho, which occurred on or about September 29, 2009. Bare footprints were found at the airport in Bonner's Ferry. The aircraft is more particularly described as a 2005 Cessna T182T, bearing tail number N2183P and serial number T18208470, valued at about $340,000.00.

| | |
|---|---|
| 1 | 12. Of particular interest to this investigation, on or about September 24, 2009, |
| 2 | and during the aforementioned string of burglaries and vehicle thefts, a firearm was stolen |
| 3 | from an airplane hangar in Creston, British Columbia, Canada. |
| 4 | 13. On October 1, 2009, the Cessna airplane which was stolen from Bonner's |
| 5 | Ferry, Idaho, was recovered, crashed in a rural area outside of Granite Falls, Washington. |
| 6 | Bare footprints were found near the crash site by law enforcement trackers. |
| 7 | 14. The next day, a makeshift campsite was found near Granite Falls, |
| 8 | Washington, approximately 3.6 miles from the Cessna airplane crash site. Items |
| 9 | recovered at this campsite included two key bank bags that were stolen from an Ace |
| 10 | Hardware store on Orcas Island on or about September 4, 2009, in which HARRIS- |
| 11 | MOORE is a leading suspect; the firearm that was stolen from Creston, British Columbia, |
| 12 | Canada, on or about September 24, 2009; and a mirror that was apparently stolen during a |
| 13 | residential burglary. Bare footprints consistent with those left by HARRIS-MOORE at |
| 14 | other crime scenes were also discovered near the campsite. |
| 15 | 15. The aforementioned mirror was processed for fingerprints, and on October |
| 16 | 14, 2009, the Washington State Patrol's crime lab was able to identify a latent fingerprint |
| 17 | on the mirror as matching a known fingerprint belonging to COLTON HARRIS- |
| 18 | MOORE. More importantly, the crime lab determined to a scientific certainty that DNA |
| 19 | recovered from the airplane matches HARRIS-MOORE's known DNA. HARRIS- |
| 20 | MOORE has no known legitimate connection to the airplane or its owner that would |
| 21 | explain the presence of his DNA. |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | |

## CONCLUSION

16. Based on the foregoing, I submit that there is probable cause to believe that COLTON HARRIS-MOORE did unlawfully transport a stolen aircraft from the State of Idaho to the State of Washington, in violation of Title 18, United States Code, Section 2312.

_____
LINWOOD E. SMITH III, Complainant
Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Dated this __11th__ day of December, 2009.

_____
MARY ALICE THEILER
United States Magistrate Judge