_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

JUN 17 2011    RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

The Hon. Richard A. Jones

**10-CR-00336-WRIT**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLTON HARRIS-MOORE,<br><br>Defendant. | No. CR10-336-RAJ<br><br>SUPERSEDING INFORMATION |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Bank Burglary)

On or about September 5, 2009, at Eastsound, within the Western District of Washington, COLTON HARRIS-MOORE did enter and attempt to enter Islanders Bank, at 475 Fern Street, Eastsound, Washington, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a felony affecting such bank, to wit: larceny of property and money and other things of value exceeding

$1,000.00, belonging to and in the care, custody, control, management, and possession of Islanders Bank, in violation of Title 18, United States Code, Section 2113(b).

All in violation of Title 18, United States Code, Section 2113(a).


## COUNT 2
### (Interstate Transportation of a Stolen Aircraft)

Between on or about September 29, 2009, and October 1, 2009, at Granite Falls, within the Western District of Washington, COLTON HARRIS-MOORE did unlawfully transport in interstate commerce a stolen aircraft, that is, one 2005 Cessna T182T, from the State of Idaho to the State of Washington, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.


## COUNT 3
### (Interstate and Foreign Transportation of a Stolen Firearm)

Between on or about September 24, 2009, and October 4, 2009, at Granite Falls, within the Western District of Washington, COLTON HARRIS-MOORE knowingly transported in interstate and foreign commerce, from British Columbia, Canada, through the State of Idaho, to the State of Washington, a stolen firearm, that is, a .32 caliber pistol, knowing and having reasonable cause to know the firearm was stolen.

All in violation of Title 18, United States Code, Sections 922(i) and 924(a)(2).


## COUNT 4
### (Fugitive in Possession of a Firearm)

Beginning on or about October 1, 2009, and continuing until a time unknown, but before May 6, 2010, at Granite Falls and elsewhere, within the Western District of Washington, COLTON HARRIS-MOORE, then being a fugitive from justice, did knowingly possess in and affecting interstate commerce a firearm, that is, a Jennings .22 caliber pistol, said firearm having been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(2) and 924(a)(2).

SUPERSEDING INFORMATION/HARRIS-MOORE
Case No. CR10-336-RAJ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## COUNT 5
### (Piloting an Aircraft Without a Valid Airman's Certificate)

On or about February 10, 2010, at Anacortes and elsewhere, within the Western District of Washington, COLTON HARRIS-MOORE knowingly and willfully did serve and attempt to serve in any capacity as an airman, without an airman's certificate authorizing him to serve in that capacity.

All in violation of Title 49, United States Code, Section 46306(b)(7).

## COUNT 6
### (Interstate Transportation of a Stolen Vessel)

On or about May 31, 2010, at Ilwaco, within the Western District of Washington, COLTON HARRIS-MOORE did unlawfully transport in interstate commerce a stolen vessel, that is, one 34' Ocean Sport, from the State of Washington to the State of Oregon, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

## COUNT 7
### (Interstate Transportation of a Stolen Aircraft)

On or about July 4, 2010, at Bloomington, Indiana, within the Southern District of Indiana, COLTON HARRIS-MOORE did unlawfully transport in interstate commerce a stolen aircraft, that is, one Cessna Corvalis, from the State of Indiana to a location in the Bahamas, outside of the United States, knowing the same to be stolen.

All in violation of Title 18, United States Code, Section 2312.

## ALLEGATION OF FORFEITURE

1.     The allegations contained in Counts 1, 2, 3, 4, 6, and 7 of this Superseding Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to Title 18, United States Code, Sections 924, 981(a)(1)(C), and 982(a)(5), and Title 28, United States Code, Section 2461(c).

SUPERSEDING INFORMATION/HARRIS-MOORE
Case No. CR10-336-RAJ - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1         2.      Upon conviction of the offense alleged in Count 1 of this Superseding

2 Information, the defendant, COLTON HARRIS-MOORE, shall forfeit to the United

3 States any property, real or personal, which constitutes or is derived from proceeds

4 traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C)

5 and Title 28, United States Code, Section 2461(c).

6         3.      Upon conviction of the offense(s) alleged in Counts 2, 6, or 7 of this

7 Superseding Information, the defendant, COLTON HARRIS-MOORE, shall forfeit to the

8 United States any property, real or personal, which represents or is traceable to the gross

9 proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18,

10 United States Code, Section 982(a)(5).

11         4.      The property to be forfeited includes, but is not limited to, the following:

12                 a.      A money judgment of forfeiture in the amount of $959,438.00.

13                 b.      Intellectual property rights to, and profits or proceeds from

14                       publicity related to Defendant's criminal activity, to the extent

15                       set forth in the Plea Agreement between the parties.

16         5.      Upon conviction of the offense(s) alleged in Count 3 or Count 4 of this

17 Superseding Information, the defendant, COLTON HARRIS-MOORE, shall forfeit to the

18 United States any firearms involved in the commission of the offense(s), including, but

19 not limited to:

20                 Count 3:     One .32 caliber pistol;

21                 Count 4:     One Jennings .22 caliber pistol.

22       All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United

23 States Code, Section 2461(c).

24         6.      If any forfeitable property, as a result of any act or omission of the

25 defendant–

26         (a)     cannot be located upon the exercise of due diligence;

27         (b)     has been transferred or sold to, or deposited with, a third party;

28         (c)     has been placed beyond the jurisdiction of the court;

SUPERSEDING INFORMATION/HARRIS-MOORE
Case No. CR10-336-RAJ - 4

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1      (d)     has been substantially diminished in value; or,

2      (e)     has been commingled with other property which cannot be divided without

3 difficulty;

4 the United States of America shall be entitled to forfeiture of substitute property pursuant

5 to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States

6 Code, Section 2461(c).

7      All pursuant to 18 U.S.C. §§ 924, 981(a)(1)(C), and 982(a)(5), and 28 U.S.C.

8 § 2461(c).

9

10      DATED this ___17th___ day of ___June___, 2011.

11

12

13                                         JENNY A. DURKAN

14                                         United States Attorney

15

16

17                                         ANDREW C. FRIEDMAN

18                                       Assistant United States Attorney

19

20

21                                         DARWIN P. ROBERTS

22                                         MICHAEL DION

23                                         Assistant United States Attorneys

24

25

26

27

28

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970