The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>COLTON HARRIS-MOORE,<br><br>  Defendant. | No. CR10-336-RAJ<br><br>STIPULATED MOTION TO APPOINT SPECIAL MASTER<br><br>Note on motion calendar:<br>July 27, 2011 |

**STIPULATION**

The United States of America, by and through Jenny A. Durkan, United States Attorney for the Western District of Washington, and Darwin P. Roberts and Michael Dion, Assistant United States Attorneys for said District, and Defendant, Colton Harris-Moore, and his attorneys, John Henry Browne and Emma Scanlan, hereby stipulate and agree as follows.

The Plea Agreement (Dkt #50, filed June 17, 2011), calls for the nomination by the United States and appointment by the Court of a Special Master. The United States has nominated Kraig Baker as Special Master. The parties hereby stipulate and agree that

STIPULATED MOTION TO APPOINT SPECIAL MASTER/HARRIS-MOORE
Case No. CR10-336-RAJ - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  Kraig Baker should be appointed as Special Master and jointly request that the Court
2  approve his appointment. A proposed form of Order is attached.

3

4       DATED this 27th day of July, 2011.

5       Respectfully submitted:

6
                                          JENNY A. DURKAN
                                          United States Attorney
7   s/ John Henry Browne
    JOHN HENRY BROWNE                     s/Darwin P. Roberts
8   EMMA SCANLAN                          DARWIN P. ROBERTS, WSBA #32539
    Attorneys for Colton Harris-Moore     Assistant United States Attorney
9                                         700 Stewart Street, Suite 5220
                                          Seattle, Washington 98101-1271
10                                        Phone: 206-553-7970
                                          Fax: 206-553-0755
11                                        Email: darwin.roberts@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED MOTION TO APPOINT SPECIAL MASTER/HARRIS-MOORE
Case No. CR10-336-RAJ - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on  July 27  , 2011, I caused the foregoing and any supporting documents to be filed with the Court's CM/ECF system, which will send notice to counsel for Defendant.

    s/ Darwin Roberts
    Darwin P. Roberts
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: (206) 553-7970

STIPULATED MOTION TO APPOINT SPECIAL MASTER/HARRIS-MOORE
Case No. CR10-336-RAJ - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970