# EXHIBIT F

TP'' INCS  83421004 - HARRIS-MOORE, COLTON A - Unit: SET-F-C

------------------------------------------------------------------------------------------------

FROM: 83421004
TO: Browne, John Henry
SUBJECT: Support letter from Nathalie Proulx
DATE: 08/21/2011 09:29:47 PM

John Henry Browne, P.S.,

This is a support letter I have received from my friend, Nathalie Proulx. Please make a copy for both Judge Jones (Federal court), as well as for my judge in State court, Vikki Churchill (spelling).

To the Honorable Judge Richard A. Jones,

My name is Nathalie Proulx, and I am a close friend of Colton Harris Moore. I live in Montreal, Canada where I work as a French-English translator. I have known Colton for a long time and I hope you will take into consideration the following comments on his moral character.

I am very familiar with his criminal case for which the sentence is about to be imposed, and I do understand that Colton has to be held accountable for his past actions. However, I sincerely believe that the community does not stand to benefit from his imprisonment and that a heavy sentence would not help anyone. I also believe that he would have taken a different course in life if he had received the care and opportunities he needed when he was younger.

I acknowledge that he has made mistakes, but I can provide many examples of times when he made not only the right decisions, but showed consummate generosity and respect. Here are some qualities I have seen in Colton over the course of our long friendship:

Every time that I have confided my personal difficulties to him, he always shared his insight, support and encouragement. I know the hardships he has had to overcome, and his positive attitude in the face of these hardships inspires me. The fact that he is not in a worse situation or has caused physical violence, but rather maintains a positive outlook on getting through this and building his future, bears whiteness to the strength of his character and the high likelihood of his rehabilitation.

Whenever we had an issue, Colton always addressed it in a constructive manner, displaying a good sense of empathy and understanding. His level of self-awareness in striking for someone of his age, and I have seen him learn many lessons over the past years, especially during the past year. His many goals and the way he envisions a better future for himself is not vague or wishful, but clear, precise and especially realistic given his talent and potential.

He did and does continue to show remorse for the things he has done. During the course of the crime spree he participated in, he caused a lot of people to be scared; they feared that their homes would be burgled and their cars prowled, not knowing if or when someone would be in the night. I know for a fact that when all of this was happening Colt didn't realize just how scared people were. After stepping back from that and talking to his neighbors and people from Camano and Orcas since, he learned that people weren't mad, but they were scared, and they still support him. I think that the compassion that people continue to show Colt is shocking to him and he has told me explicitly that he feels very badly that he caused fear in people and after that people continue to believe in him. And that he wants to prove to the community on Orcas and Camano Islands that he is capable of a life more than crime; he doesn't want to let those people down. He feels a strong connection to the islands and he genuinely wants to make things right.

Colton and I have talked about many times what he plans to do when he is released. He wants to go to college and study aeronautical engineering, become a licensed pilot, and one day start his own company designing and building aircraft. He is highly gifted and motivated, and his flawless grammar and vocabulary as well as his knowledge on wide variety of subjects, and drive to learn, will grant him success as a student. It also proves that despite the circumstances and his lack of formal education, he remains dedicated to learning and studying.

In  it of all this, I do not believe that a long sentence is the appropriate solution. I am aware of the prosecution asking for an extremely lengthy sentence and this is so saddening because a more lenient sentence would allow Colton to become the productive member of society that both I and the community know he can be. Regaining his freedom and going to college would allow him to meet inspiration teachers and expand his network of positive contacts, giving him the opportunity to both reap the rewards of hard work, dedication, and good citizenship, and to contribute back to society and succeed in his genuine desire to prove to the Camano and Orcas communities that he wants to make things right. Moreover, it is personally disappointing and scary that someone with influence and power such as the prosecutor is asking for such a long time. They have an opportunity to help someone who genuinely wants help! They have an opportunity to impose therapy or counseling, but are instead asking

TP'ILINCS  83421004 - HARRIS-MOORE, COLTON A - Unit: SET-F-C
------------------------------------------------------------------------------------------

for an amount of time that I know for a fact goes against what the community believes is the right solution. If Colton goes to prison and is forced to endure more year(s) of what has already been a hard life, I am seriously concerned that he will not come out the kind, compassionate, promising person he still is today. I don't like to think it, but people inevitably change into different people after doing year(s) in prison. They get comfortable with the idea of breaking the law, they change their outlook and mentality and in fact, lose the dreams they once had. Though a punishment is just and necessary, a punishment of many years will not help anyone, and it's not what the community believes in as a whole. Colt belongs in the community and I desperately ask the court to have compassion and see the potential Colt has.

I will personally support him in any way I can - now and after his release. I know he truly wishes to go forward with his life and has much to offer the world. Please find compassion within yourself.

Thank you for taking the time to read this letter.

Respectfully,

Nathalie Proulx
4408 AV. Coloniale
Montreal, Quebec
H2W 2C5
Canada

# EXHIBIT G

September 8, 2011

Bonnie M. Bryand

2952 Janet Avenue

Camano Island, WA 98282

**RECEIVED**

SEP 1 9 2011

John Henry Browne, P.S.

Western District of Washington Federal Court Judge

C/O John Henry Browne

200 Del Mar Building

108 South Washington St.

Seattle, WA 98104

RE: COLTON HARRIS-MOORE

Your Honor,

My family and I are 16 year residents of Camano Island, and those years have been lived within 2 miles of Colton Harris-Moore and his mother Pam Koehler. Colton and my 2 children grew up, attended schools , and played together. Colton frequented my neighborhood , my home, and my neighbors homes often. He seemed to want what all the other kids had, because he had nothing of his own. And he had no home life as well. Some kids made fun of him because he was abandoned and neglected by his mother in all aspects. The kid had no food, no clothes, no possessions, no love, from anyone.  He was treated badly by bus drivers, teachers, and many kids who never once tried to help this poor kid, even though they all knew he lived a life of hell on a daily basis.

The people in our society that hold the positions that are to protect our children and their welfare, (CPS, Island County Sherriff's Dept., Stanwood/ Camano School District, etc.. etc..), failed this young man time and time again, year after year.  So that no one had to take responsibility of this case, it was easier for them to blame this kid and brand him as a bad kid.  He was not a bad kid at all. He was a desperate young boy trying to figure out how to survive each and every day on his own and had no direction or guidance in his life. But EVERYONE knew how dire his situation was, and no one stepped in to save this innocent little life that has been lived as nothing but a desperation to just survive it.

Colton's juvenile life continued to be about survival and he used the only means he could think of to get things such as food, and mainly food, by taking it from people . This got him into trouble that then

deemed him a criminal name. And still no one felt it a time to help him and offer any services to save this young man from yet further problems , and still yet while he remained to be a minor. He deserves more than what life has dealt him thus far, and if he is sent to prison for years , he will never have any chance in this world  when he is released.  For what will be of him then, is almost a crime to think about.

He does need to be responsible for the crimes in which he is charged, but more than anything he needs to finally have  a chance at his life, to be treated like a human being, and given the opportunity to be rehabilitated and saved from the life he has had to live.

I would like to ask , Your Honor , that you will show leniency for this young man, and not sentence him to many years in prison, but that you consider Colton as a perfect candidate for rehabilitation and allow him a better future outcome.  For this would be the one and only chance he has ever had.

I thank you for your time in reading my letter.


Respectfully,


Bonnie M.Bryand

# EXHIBIT H

7.16.11

Dear Honorable Judge Richard A. Jones,

I would never assume I could do your job and I would never want to. The burdens on you that effect peoples lives I would not want. I do however appreciate being able to tell you about Colton Harris-Moore, known to me as Colt.

I have known Colt since he was 5 years old, and have always sympathized with his situation at home, but really got to know him when he was about 11 or twelve, when my husband and I learned that he did not have a bed to sleep on. We went over to his house and swamped his room, put in a new bed and a TV for him, my husband and I did this during the day while Pam, his mother, watched TV.

First and foremost, Colt IS a good kid with a very good heart. As a matter of fact, it is truly amazing that he is who he is today and not dead or a ruthless, cruel human being - which could have been expected for a child being raised by someone like Pam, and in a household like his. With swearing, smoking, drunkenness, physical assaults, none of which he does, it really could have been expected. Colt is a good person that has broken the law, but I would take him into my home in a heartbeat and sorely wished that I would have when he was a toddler. I am not the only Camano Islander that feels that way, but one of many, and there is in fact a huge population here that feel as I do. We wanted so bad to help Colt, but our hands were tied by the laws and by his mother who would instantly drive away anyone she felt threatened by with their help. CPS was called on several occasions, by myself, their neighbors on Haven Place, and others who were told by officials that if he has a roof over his head, food, water, electricity, clothes and is not bruised, their hands were tied. He had all of that (such as it was), but was tortured daily with verbal abuse (and by physical abuse when a succession of alcoholic and drug-addicted men wandered in and out of his life). His mother's own sister, Sandi Puttmann said that he should have been taken away from Pam at an early age.

Colt's neighbors used to call police when Pam, in a drunken rage, would come out of her trailer screaming obscenities and firing off her shotgun, which she is notorious for. But after awhile they stopped calling because nothing was ever done - the police would rarely respond to the call, and when they did they would do absolutely nothing. So, unfortunately, it became routine with no one doing anything about it. I believe at first the police wanted to help Colt too, then they became tired of it all and just considered his mom a nuisance and then later, considered Colt a nuisance also. In the words of a close friend who still works as an officer on Camano, Colt was just "Shotgun Pam's kid."

I believe Colt began breaking into other people's houses, first out of desperation, hunger, and to get away from his mom. And perhaps out of curiosity, to see how other people lived, and to shower, nap, whatever. To see nice modern homes with nice yards. To get some peace and quiet, maybe watch TV. He never took anything at first. Then it became the only excitement in his life he could have with no money. He told me once that he was embarrassed by his drunken mother and dilapidated trailer with numerous abandoned cars, trucks, campers, a boat, and even a huge pile of beer cans that number in the thousands. Colt would never bring friends home. He even tried cleaning the place up himself and we tried to help too, but not even the garbage dump would accept most of it. The only beautiful thing in the trailer was the hardwood floor which Colt installed himself, at a young age...I am telling you that the boy was PRECIOUS! Where many would have been too discouraged to even try, he had hope. He always has had hope and still does. Hope to put this life behind him and get an education and have a career in aviation, and I know that he can do it.

9/15/2011

My husband tried to help, take Colt new places and do things with him when he was about 12 or 13. My husband enjoyed his company very much and would have liked to continue that relationship, but again, like every other good thing in Colt's life, mom's jealousy put an end to it. She called my husband one day yelling, "He is MY son, NOT YOURS! So you just BACK OFF!" And although she screamed at, belittled, confused and abused Colt, she also kept him very close. Even now she tries to be close and control the situation. Colt has completely cut off contact with her, realizing that she is not all there upstairs, and that he is much much different than that and a better person than she is. He is at an age where he can make his own decisions and live outside her reach. Colt still loves her, she is his mother and she loves him too, in words.

Colton has always been bright and inquisitive, well groomed, thoughtful and sweet. He has always been social and tried to live outside the comfort zone of his mom. He has social graces he didn't learn from his mother, either. When he was a little kid and visitors would come over he was always happy to see new people when Pam never was. And she even kept most visitors on the porch as much as possible, I assume either she was embarrassed by her trailer or afraid they would steal from her - because that's what her "friends" do.

Please don't think that I am a bleeding heart, or a soft on crime person as I am most definitely not. And anyone who knows me will tell you that in no uncertain words, including most of the Island County Police Department stationed on Camano Island who I know on a personal level and am good friends with. I do NOT condone any crime and will call the law if I see ANY criminal behavior. I have even been a victim of both burglary, though entirely unrelated to Colt. Nor do I condone what Colt has done, but I do understand how it came to this. Please keep in mind that although Colt was extremely reckless in his behavior, his intent was NEVER to hurt anyone, nor did he physically.

I have known Colt nearly all of his life. I and so many others believe Colt has so MUCH potential and I'm really afraid of what prison may do to him. I do not believe that he can withstand more years of torture and mis-information and wrong thinking by "true" criminals. If he cant, there is little chance he will STILL have the ready willingness and ability to be rehabilitated upon his release, and he will truly be one of the lost boys. I can only imagine what his future could be like with all of that potential, unique intelligence and resilience. Imagine...the kid taught himself how to fly highly advanced aircraft in night time storms! What else is he capable of? Please help Colt with a reasonable sentence as this would allow him the opportunity to attend college as soon as possible and build relationships with people in the community who already believe in him. He needs counseling, not prison. He needs training, not prison. He needs positive role models and teachers who share his passion for life and aviation...not criminals who have a passion for breaking the law and being in prison. He needs a proactive sentence, not some default max because someone thinks an example should be made. He really deserves what would really be his first chance at a normal life, and if granted that chance I know that he will do amazing things and will take his life in a new direction, no question.

We thank you for your time, Your Honor. I have added our Email address and our phone numbers if you have any questions.

Sincerely,
Beverley J and Geoffrey M Davis


bbuzzdavis@earthlink.net
623.251.6426
360.654.4166

25660 W Rio Vista Lane
Buckeye, AZ 85326

ALSO:

3365 S East Camano Dr
Camano Island, WA 98282

# EXHIBIT I

T⸺ ⸺INCS  83421004 - HARRIS-MOORE, COLTON A - Unit: SET-F-C

----------------------------------------------------------------------------------------------------

FROM: 83421004
TO: Browne, John Henry
SUBJECT: Support Letter From Gail Kohler
DATE: 09/05/2011 12:34:41 PM

John Henry Browne, P.S.

This is a letter I received from my Aunt, Gail. Please make copies for all of the appropriate officials, including addressing a a
letter to both the judge in Federal Court, and State Court.
___

Dear judge Richard A. Jones,

My name is Gail Kohler. I am writing to inform the court that I have known Colt since he was about 4 years old. Colt is by
marriage my nephew. My bother Bill Kohler was married to Colts mom, Pam.

Bill is sadly no longer alive, having passed away while helping family members move to Florida in 2002. Colt was about 13
when Bill passed, which was the beginning of Colts behavior problems. Bill and Colt were very, very close, and I know Colt was
deeply affected by his death. Colt didn't have anyone to talk to and was probably left alone with his emotions. I know Pam went
into a deep and long drinking binge, so Colt couldn't talk to her.

I have heard and personally witnessed the environment he was raised in. For as long as I have known Pam, she has been a
mean woman who drinks a lot. I understand how it was Colt went down he road he did. He came from a broken home where he
h⸺ ⸺othing. You most likely can imagine what it would be like for a kid to see his friends with things he could have - without
p⸺ ⸺r parenting he unfortunately probably saw taking as the only way to have things his friends had. But I must say Colt is a
good person, Your Honor! He cares about people, about the environment and animals, and wants to clear his name with the
community. I know for a fact that if given a second chance he would not go down the road of breaking the law again.

He got an unfair start as an adult and I believe a second chance - which would be his first real beginning at life - is something
he deserves. Colt is smart and wants to got to college - he can benefit society and prove to people that he can put this behind
him. I ask that you please consider that.

Unfortunately, I also believe that if he is sentenced to a lengthy time in jail he will only learn to become a REAL criminal, and will
not come out the promising young man he is today. I know young people this has happened to and it is NOT joke or something
that should be dismissed. He is in the learning stage of his life and if prison and REAL criminals are the only ones he is learning
from, well, that's all he will learn. Your Honor's wise sentence will literally make or break his life.

Colt has told me that he's relieved the past is behind him and that he can now work on closing this chapter. He believes that if
given a sentence that allows for his goals and dreams to be within sight, that he will be able to have a normal life upon release.

Your Honor, please don't turn my nephew into a hardened criminal. I want to see him reach his goals and give back and be part
of society. He is all I have left of my brother.

Thank you,

Gail M. Kohler

PO BOX 1242
Rochester, WA 98579

# EXHIBIT J

Page 1

To: Your Honor,

My name is: Sandra Puttmann
       address: 9628-99th ave NE.
              Arlington, WA.
                   98223

I am Colton's Aunt, his mothers
sister.
I dont want any part of
my letter to be seen by
news media, or book writers,
or movie people,
      This letter is for the lawyers
and courts only.   Thanks,

    I used to babysit colt when
his mother went back to work
after having him (6 weeks old).
I babysat him for almost a year.
He was a very good baby. I Loved
him like one of my own kids,
More than anyone would ever know.
I cried many times when I was
told she had quit her job, and I
wouldn't get to watch him anymore.
I would go see him anytime I could
make an excuse to go to Camano Island
to their house. He used to cry when
I left, so I thought it better not to
go so much. Till he was about
six I would see him a couple times

page α

a month. I thought he was doing OK. I didn't like leaving him because I missed him too much.

I didn't know he was acting out in school. The teachers put him outside on the modular steps when he acted bored or misbehaved, with no coat and snow on the ground.

I thought teachers and counselors should have done something other than that, to reprimend a child. Have him get counciling or see a doctor for his acting out. They new the family situation and the problems he had.

I wish I would have known how teachers, counselors, and police, and family. He needed family Counseling and someone to love him.

*were treating him*

One incident: The police found him on the gravel road in front of his house riding his brand new bike he got for his birthday. He was so proud of it. They threw his bike in the back of their car & put him in the car and accused him of stealing it.

What do you think that does to a child's mind.
I think he woud think "if I get accused of it I might as well do it" Because that's what kids think
The police should have become involved in his life, as well as the schools. Give him a hand at being involved in sports or take him to a movie or the park, ~~maybe~~ maybe find a relative or Aunt or Uncle or brother and let them know.
I think everyone should know right from wrong, but you have to <u>learn</u> and <u>be</u> <u>taught</u> right from wrong.
That if you do wrong it might hurt someone.
I have helped raise my daughters 2 boys since they were babies. One is 19 years old, graduated from high school, bought his own car at 15 with his own money, He pays his own car insurance has a job. He had a 4.0 grade point average through all of school and now pays rent.
His brother is 17 and a 4.0 grade point and is graduating this year He works, bought his own car, pays his own car insurance

and will be going to college, and wants to, next september

There mother (single parent) and I and my husband have influenced these two boys.

We are guardians to the 14 year old their mother passed away Aug 1st 2011

I only told you about these two boys because I thought you would see the influence that good parenting can do to boys. I know Colton will do the same with the changes he has made.

I hope that we can influence Colton when he is released from jail with the same values as we give all our grandkids.

I think Colt could become a councelor to help other kids get through rough childhoods. He has a way of talking to people that I think would help others. Maybe he could get a job and work his way through college.

I think the things that he did were very wrong and just got out of hand and snoballed. He needs lots of possitive influence.

While he was running & hiding he would call me every 2 or 3 weeks

I told him I would help him to turn himself in, in Seattle. His voice sounded to scared, But I still asked him everytime he called me, I know when he was caught he called me to tell me he was OK, His voice sounded full of remorse and. later, in his calls he told me any money made from movies or books would go for restitution.

   I think he got into trouble because of some of the people around him wether it was family or friends or both. I also think he has learned right from wrong and that you can't let people influence you to do wrong,

   I would like to let you know that Cotton has a place in our hearts and a place to stay when he is released, I will try to help him with schooling and get a job, and anything else, that would help him get on the right path.

Thanks for your time
Sandra & Dony Puttmann

If you have any questions, or comments please call anytime.
cell # 206-595-3969

# EXHIBIT K

# ROSEN LEWIS

LANCE S. ROSEN
T: 206. 937. 9304
   310. 857. 6850
F: 310. 857. 7895
lrosen@rosenlewis.com

December 12, 2011

The Honorable Vicki I. Churchill
Judge, Island County Superior Court
PO Box 5000
Coupeville, WA 98239

   *Re:* Colton Harris Moore

Dear Judge Churchill:

Last February, I was asked by John Henry Brown if I would meet with Colton Harris Moore. I accepted the invitation, but I was not looking forward to the meeting. I found out later that neither was Colton.

At that time I was aware of Colton solely through sensational media accounts. I did not approve of his actions and I resented the media's glorification of reckless behavior. I did not think I could do much for Colton, and I certainly did not expect to like him.

In our first meeting that all changed.

My role was to advise a young man, barely out of his teens, about the intense media attention he was receiving. I assumed he craved it. On the contrary, Colton emphatically wished "they would all go away." In his words, they "were saying things that were nonsense." Colton told me repeatedly that he knows now that he did foolish, juvenile and dangerous things that had hurt good people. He didn't understand the nonsensical mythology the media had created around him. He knew that "what I did was wrong." He knew he was lucky to be alive, and he was most grateful, above all, that his acts had hurt no one physically.

As for the many interview, book and film offers for Colton that were flooding John Henry Browne's office, Colton's response, as memorialized in my notes, was, "Look, what I did was <u>wrong</u>. It would be another wrong if I made a dime off of what I did. It would be immoral."

Colton also understood that articles, books and movies were going to continue to happen regardless of whether he cooperated with anyone. The question we discussed at length over several visits was whether to cooperate or not, and for what purpose.

Colton had researched, on-line, property values (including depreciation!) to prepare on a sheet of prison paper his own detailed estimate of the money it would take to make whole, at least

financially, all those whose property he damaged.  By Colton's careful reckoning, based on the information he had, it was a sum just under one million dollars.  He was not at all proud of that number. He shook his head when he told it to me.

Accordingly, one million dollars became the target of my negotiations, although in all candor I thought it was wholly unrealistic to believe any buyer would come even close to that goal. I expected the effort would be unsuccessful and that in a few months nothing would come of it all.

Colton held firm. He told me he did not want his victims, even those who were insured, to be competing against each other for a minor fraction of the damages he caused.

In short, Colton believed his cooperation with the media was worth it _only_ if he could satisfy his moral obligation do something meaningful, not just symbolic, to help those he had hurt. For clarity, this was absolutely not a deal worked out with prosecutors. The idea _originated with Colton_, and the catalyst for him was the morality of his circumstances. He wanted to make amends. Part of our understanding too from the beginning was that if a deal could be made he would not personally "touch or control any of the money myself."

Prosecutors later claimed credit for this arrangement, as if they had imposed it upon Colton. That is just more nonsense. Prosecutors were informed of Colton's wishes and goals. No matter how it was spun to the media, for Colton this was purely and simply about ethics and personal responsibility, not some deal with the government.

Over the last eleven months, I have gotten to know Colton well.  Our communications and conversations have often centered on philosophical and moral issues, as well as on literature, including the rise and fall of civilizations in Jared Diamond's "Collapse" and the mythology of heroes in Homer's "The Iliad." This has been especially impressive to me considering how little schooling (almost none!) Colton has had.

Teenagers do eventually grow up and Colton has become acutely self-aware since his apprehension. He is well aware now of how his upbringing affected him, while at the same time he is wise beyond his years in forgiving those who raised him. He is appreciative of the fact that "they did the best they could." All parents, including me, can hope that our own children achieve such wisdom and acceptance.

We have discussed at length Colton's prospects for a productive and honorable future beyond prison, including how he might enter the field of aviation He is very motivated to make up for the time he has lost and is going to lose in jail. I, and others who have gotten to know him, will do everything we can to see this young man turn his life around. He has more honor and integrity than I had ever imagined.

Soon, Colton will no longer be a client, but he has become and will remain a friend.

I hope the Court can deflect the neon gaze of the media in setting Colton's punishment and be mindful of the extraordinary circumstances of this particular young man's life, and of who he has

ROSEN LEWIS, PLLC

Judge Vicki I. Churchill
December 11, 2011
Page 3 of 3

become. Indeed, he is still becoming. With the Court's mercy, Colton has a productive and honorable life ahead of him. In fact, I think he has a shot at a great future.

Yours truly,
Rosen Lewis, PLLC

Lance S. Rosen