April 14, 2019

The Honorable Richard A. Jones
700 Stewart St.
Seattle, WA. 98101

I am writing this letter to the Court, having rightly served my State and Federal sentences, as well as having completed State Probation, and 2.5 years of a 3.0 year Probation period imposed by Federal Court - all of which have been completed or served to-date with zero violations or any form of recidivistic behavior. I am very proud of the progress that has been made, that I have made strides in my personal and professional life in recent years, that my restitution is on track to be paid off completely within the next two years, and that the past nearly 10 years has turned out nearly as well as anyone could have hoped for - including myself.

It may be an understatement to say, but it has been a long road. I often think back on what it felt like to be going through the court process, to be in the center of an almost twilight-zone level experience, not knowing what my sentence would be, let alone what it felt like to know that I had a prison sentence that felt like a lifetime. Still more is the feeling I have looking back on that, knowing that it is done... how the years felt like watching grass grow, yet 10 years of my life is over. How fast it went. How fast will the next 10, 20, 30 years go? Something tells me, faster than I would like. Despite my best intentions, I frequently find myself talking about this subject with close friends and others - however, I would say in an inspirational sense. When I was "on-the-run," I had but a vague aim to seek out unique experiences. The past 10 years has crystalized that vagueness into a clear-cut purpose to learn, expand, drive toward a goal, take losses and turn them into a resource, perhaps even managing to turn losses into wins, and make the most of the time I have left. At the risk of sounding immodest, I came through that experience and all of the experiences before, resilient and optimistic about the future.

I am writing to convey proof of the opposite outcome of something you once told me at sentencing... that I appeared to be immune to the intended purpose of the justice system. Rather than a letter, I had hoped to stand before you and represent that I took your words to heart. What is more, I have learned from the people who came forward to defend me, many of whom have written letters to be included with this one, as well as having taken lessons from even subtle conversations and interactions from individuals such as John Henry Browne, Lance Black, Jonathan Standridge, Lance Rosen, and the legions of others who emerged to stand by my side offering their knowledge, experience, and counsel. These previously-unknown people have proven to become dear friends in many cases, trusted advisors, and even prospective business partners. Initially, I would say that the past 10 years was the worst experience of my life, which is not inaccurate, yet it simultaneously was and is the most important and fulfilling period of my life. What shocks me is just how deeply that statement resonates true, and how I had no clue whatsoever that it would turn out to be this way. It simply was beyond my imagination. When I wrote my letter to the Court, stating that I lacked a full understanding of the lifelong ramifications of my previous actions, even at that time, as time would prove, I did not understand just how true that would still prove to be. Thus is life.

Yet, I do not want to over-philosophize. The core fact is that I have managed to turn what I witnessed many times to be a dooming for some people, into something productive, empowering, motivating, and fulfilling for the friendships and relationships it is solely responsible for. Standing before you nearly 10 years ago was the beginning of something I could have never predicted. And it is nearly 10 years later

that I have the unusual, if not unlikely pleasure of writing to you with lessons learned, and how your own words perhaps changed the trajectory of my life, for the better.

My main purpose with writing this letter is to appeal to Your Honor. I have served 2.5 years of a 3.0 year Probation period without a single violation or even minor issue. I have maintained a great and professional rapport and relationship with Angela McGlinn, who I am still in limited contact with despite the fact that she is no longer my assigned Probation officer. I have also maintained a great rapport with Blake Gjefle, whom was assigned following Ms. McGlinn. I have striven to follow all rules and guidelines, and I believe I have done so with success. I have passed all drug tests, submitted all paperwork requested, and made consistent payments to restitution. As of this writing, I am in the process of submitting to Pay.gov a payment of $25,000, which represents a 25% share of my net income from a renovation project I recently managed and saw to completion, when my minimum payment is 10% of income (and I believe that 10% is after net). I have had success, however, being on Probation has proven to be a significant limiter to my productivity and especially my ability to explore all opportunities available - a prime example being in public speaking.

The screenwriter for the FOX movie, which was used to pay over $1.150 million toward restitution, has long attempted to convince me to enter into public speaking. I have been advised that my income from that would start in the low end of $10,000-$20,000 per event, which is relatively high due to my "notoriety," and that it would be absolutely reasonable to assume a minimum number of one event per two weeks, whereas most speakers attend events near daily. Had I been able to effectively explore this opportunity, which requires absolutely fluid domestic and international travel, and assuming I was able to do this for the past 2.5 years, I would have earned around $600,000 net. Yet, that is absolutely unavailable but for domestic traveling, which requires applications whose duration is so lengthy and uncertain of approval that it precludes effectively conducting this business.

What is more, being able to travel is an important aspect of my personal life. I have not been able to visit friends in London, France, China, or Korea. Of several examples, I recently had to decline a friend's wedding in Bali, as well as a birthday and New Year celebration in Lake Chelan, Washington. I am essentially wholly confined to western Washington State, and it has a significant impact to my quality of life.

Being on Probation serves a purpose, however, I do not experience any of the problems for which Probation is intended to control or remedy. I have attempted in every way possible to move the needle forward in all aspects of my life rightly and legally, however, the inherent limitations imposed by being on Probation have precluded significant forward progress, and has limited my ability to be a productive person in the community or with whom I may otherwise work with, be it in business or in leading by example of what I have done and how others may do the same, i.e., public and/or motivational speaking.

I do not do drugs, I do not drink alcohol, I do not associate with any criminals, I have zero risk of recidivism, and I have not committed a single crime since 2010.  I take inspiration from people in my life, and those who I have never met but whom serve as an admirable example of the power of one's mind, vigor, and determination, if properly utilized, such as Sir. Richard Branson, Elon Musk, and creators of all kinds.  What is more, I have learned from my past; I do not run from it, but instead try to embrace it for the better. I hope to serve as a model for people who have hard lives and whom feel hopeless. I saw it everyday when I was confined, and I have seen it in the world upon release. I feel that I could be an inspirational model for people, not because of an arrogant sense of anything, but rather, because I have been to Hell and back, still standing, still inspired, still making progress, still seeing the future, still alive

and full of energy. I can show people that, even if they have a criminal record, even if they have debt, even if they thus far have not accomplished a single thing they once dreamt of - they still can. But in order to serve as that example, I both need the freedom to travel unencumbered, as well as the freedom to conduct business, whereas right now no one wants to come close to me while I am still on Probation because I am viewed as a "hot potato." I understand that.

To the best of my understanding, the main purpose of my being in Probation is to employ a mechanism by which my restitution would be paid down. I have made as many strides as possible toward paying that debt down, with the ultimate intention being to eliminate the debt. I have often said that no one wants the debt paid more than myself. It is a major source of stress in my life, figuring out how to pay it when I am seemingly of such limited means to do so. My goal is to open up the full range of opportunities available, and be able to eliminate the debt within the next 1-2 years. A 5+ month head start on this effort would make a significant difference. What is more, my dedication to doing so is exemplified in my restitution imminently scheduled to be under $100,000 for the first time. Down from over $1.2 million (+/-) when it was ruled upon. It is on track, a major objective of mine, and something I take extremely seriously. I consider it being a major block to truly moving into the future, as well as something that once done will add to my credibility immensely, further bolstering my position speaking to people and proving that I am able to do that which I am intending to inspire them to do in their own lives.

I humbly ask and plead Your Honor to release the final 5-plus months of my Probation, and thus allow me the opportunity to attain my freedom once and for all after this long and trying period. In doing so, I will continue to strive toward accomplishing my goals, building my career, and pursuing the countless opportunities to move toward financial freedom and the very opportunities which will allow me to pay the remainder of my restitution, as well as the opportunities which would immediately become available to continue building my personal life, all to the end of becoming someone who people may look up to for how they may overcome the challenges in their own lives and accomplish their dreams. I am humbly and sincerely asking for your consideration, and help.

I am not immune to the lessons offered by the justice system. I am someone who has learned from the past mistakes of naivety, youth, and of not taking lesson when there was an opportunity to do so. I have grown into a man who has taken responsibility, followed all of the rules, shown nearly everyone with respect, worked to build up my life, and continually move into the future with the benefit of knowing the difference between right and wrong. I heard words when they were spoken to me, and set out to prove who I am as a person. Nearly 10 years later, I ask your help in allowing me to continue this journey sooner than otherwise possible.

Yours Sincerely,
Colton Harris Moore