April 18, 2019

The Honorable Richard A. Jones
700 Stewart St.
Seattle, WA 98101

Jason Rantz Antebi
Jason.antebi@gmail.com
206-498-6907

Honorable Richard A. Jones,

Please accept this letter on behalf of the character of Colton Harris Moore. I've gotten to know him through my media job as host of the Jason Rantz Show. What has always struck me about Colton is his ability to accept the consequences of his past, without it holding him back in starting a new and productive life. He is trying to build up his career, better himself personally, and seems incredibly motivated in doing so. He's thus far beat the odds: we were warned that he'd recommit, that he'd try to cash in on his past, and that he would stay on a path detrimental to himself and society. I've seen none of that happen.

We know that being incarcerated, in any way, already puts Colton at a disadvantage while trying to stay on the right path, both in terms of career and his personal life. Staying on probation long than necessary adds undue strain, as well. I believe Colton has shown a commitment to doing what's right and appears worthy of being granted some probation relief.

Best Regards,

Jason Antebi