# UNITED STATES DISTRICT COURT

_____WESTERN_____ **District of** _____WASHINGTON_____

| | |
|---|---|
| UNITED STATES, <br> Plaintiff(s), <br> V. <br> COLTON HARRIS-MOORE <br> Defendant(s), | **CONSENT ORDER GRANTING** <br> **SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 210 CR 000336-001 |

Notice is hereby given that, subject to approval by the court, _____Colton Harris-Moore_____ substitutes
(Party (s) Name)

_____Colleen A. Hartl_____, State Bar No. _18051_ as counsel of record in
(Name of New Attorney)

place of _____John Henry Browne_____.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Colleen A. Hartl |
| Address: | 23321 62nd Ave. S., #E103, Kent, WA 98032 |
| Telephone: | 206-715-2715           Facsimile  206-260-3424 |
| E-Mail (Optional): | colleen@hartllaw.com |

I consent to the above substitution.

Date: _April 18, 2019_          _s/ Colton Harris Moore_
                                                          (Signature of Party (s))

I consent to being substituted.

Date: _April 18, 2019_          _John Henry Browne_
                                                          (Signature of Former Attorney (s))

I consent to the above substitution.

Date: _April 16, 2019_          _Colleen A. Hartl_
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _April 22, 2019_          [signature]
                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]