16 April 2019

To:    The Honorable Richard A. Jones
        700 Stewart St.
        Seattle, WA.  98101

From:  Jonathan Standridge
        3316 S. 194th St
        SeaTac, WA. 98188
        206.498.8330

Subject:  Colton Harris Moore - Parole

Your Honor:

    I have known Mr. Moore for around 10 years.  I am a respected member of my community and a successful professional with a local Aerospace company.  I also volunteer my time mentoring others in my immediate community and across the country.  I understand people and I am a good judge of character.  I write this letter to you in support of Mr. Moore's petition for early release from probation.

    Mr. Moore has tirelessly strove to build up his life and career for all the years I have known him.  He is motivated beyond what a normal person would be in similar circumstances.  Despite all of the adversity life threw at this young man he has refused to let life keep him down.

    I feel it would be a great burden off of Mr. Moore to be released from probation early so he can pursue his life unfettered.  It would allow Mr. Moore to pursue opportunities with his life and career that he can't pursue under the current circumstances.

    Mr. Moore takes his obligations and commitments seriously and I trust him in all things without reservation.  Mr. Moore lived with me and my family for 6 months and took care of my home and all of my pets while vacationing in Italy.  He was tireless in his dedication to his word.

    I believe it would be a benefit to Mr. Moore and the government to release him at this time from probation.  There is no real advantage in not granting this request.

Thank you for your consideration and feel free to call me if you have any questions.

Sincerely,

Jonathan Standridge, MSPM

206.498.8330