April 18, 2019

The Honorable Judge Richard A. Jones
United States Courthouse
700 Stewart Street
Seattle, WA 98101-9906

Your Honor,

I've been involved in Aviation for as long as I can remember. From making paper airplanes to Radio Controlled aircraft as a child, getting my pilots license while still in High School, studying Aerospace Engineering and Mechanics at the University of Minnesota, to working for Northwest Airlines and ultimately working for Boeing and being part of the 787 Dreamliner Design team. I've been fortunate to work with many amazing and talented people in all walks of Aviation through my life and career.

I had the rare opportunity, about 8 years ago, to mentor a gifted individual who got off to the wrong foot and was in prison. That kid, at the time, was Colton Harris Moore. I was one of a few people who worked with him while in prison to educate and mentor him on anything from aviation to life and his future. In time, we have become good friends and I've seen amazing progress towards his growth from a young kid to a young man.

Colton has many gifts as an individual and I'd like to highlight a few of them that I think make for a man of good character. From the earliest days, I've always been impressed with his critical thinking and ability to articulate thoughts and decisions. We had communicated at first through letters, and it was his writing that struck me as being unique and highly developed for someone so young. This ability to think through complicated ideas and thoughts together with the proper guidance from mentors mean that he is on the right path to becoming a productive individual in society.

Since his release we have stayed in close contact and continue to see each other on a regular basis. I've been impressed with his self motivation and desire to better his own life. But it doesn't stop there; Colton is also interested in the betterment of other individuals as well. He has a positive attitude and a desire to use his life lessons and mistakes to educate others and prevent them from following down the same path.

But the strongest quality that Colton has, is that he delivers on his word. He has not committed any further crimes since is release and has shown great progress at paying down his restitution. By ending his probation slightly early, it will open up some new opportunities to Colton that he can use to make even further progress towards his restitution and towards meeting the many positive goals he has for himself.

Respectfully,


Kevin Finke
2607 126th PL SW
Everett, WA 98204
425 487 9865